No. 11–10991.   DOLAN v. GERBERING, SUPERINTENDENT, OTIS-VILLE CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 11–10992.   CANTU-RAMIREZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–10993.   GAMBLE v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 11–10994.   HICKMAN v. CAMERON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON.   C. A. 3d Cir.   Certiorari denied.

No. 11–10996.   FOSTER v. LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ET AL.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 11–10997.   ROMO-VILLALOBOS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–10998.   NARANJO v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 11–10999.   JONES v. FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 11–11000.   JONES v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 11–11001.   RUFFIN v. HOUSTON INDEPENDENT SCHOOL DISTRICT.   C. A. 5th Cir.   Certiorari denied.

No. 11–11002.   STEPHENS v. GEORGIA DEPARTMENT OF TRANSPORTATION ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–11004.   AMBROSE v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 11–11005.   CAMPBELL v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 11–11006.   CHUNG v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.